FORM 8A. Entry of Appearance                                              Form 8A (p.1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1278

**Short Case Caption:** CPC Patent Technologies Pty Ltd. v. Apple Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Apple Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Seth W. Lloyd | | Admission Date: 08/05/2015 |
| Firm/Agency/Org.: Morrison & Foerster LLP | | |
| Address: 2100 L Street NW, Suite 900, Washington, DC 20037 | | |
| Phone: (202) 887-6946 | Email: SLloyd@mofo.com | |
| **Other Counsel:** Brian R. Matsui | | Admission Date: 05/12/2006 |
| Firm/Agency/Org.: Morrison & Foerster LLP | | |
| Address: 2100 L Street NW, Suite 900, Washington, DC 20037 | | |
| Phone: (202) 887-8784 | Email: BMatsui@mofo.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 1/4/24                          Signature: /s/ Seth W. Lloyd

                                      Name:      Seth W. Lloyd

FORM 8A. Entry of Appearance                                                    Form 8A (p.2)
                                                                                July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Alexandra M. Avvocato | Admission Date: 12/02/2022 |
|---|---|
| Firm/Agency/Org.: Morrison & Foerster LLP | |
| Address: 250 West 55th Street, New York, NY 10019 | |
| Phone: (212) 336-4149 | Email: AAvvocato@mofo.com |
| **Other Counsel:** Rebecca E. Weires | Admission Date: 07/05/2022 |
| Firm/Agency/Org.: Morrison & Foerster LLP | |
| Address: 425 Market Street, San Francisco, CA 94105 | |
| Phone: (415) 268-6028 | Email: RWeires@mofo.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |