NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CPC PATENT TECHNOLOGIES PTY LTD.,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

---

2024-1278, 2024-1354

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00601, IPR2022-00602.

---

### **O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. The Certified Lists are due

no later than February 21, 2024.

FOR THE COURT

January 25, 2024
Date

Jarrett B. Perlow
Clerk of Court